UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8326-BER

IN RE SEALED COMPLAINT

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ISAIAH FRANKIE ANGRUM | ) | Case No. |
|  | ) | 25-mj-8326-BER |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

FILED BY ____TM____ D.C.
Jun 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 14, 2024 to May 14, 2025   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

Please see the attached affidavit of Federal Bureau of Investigation ("FBI") Special Agent Sara Talley, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

Sworn and attested to me by applicant by telephone (FaceTime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1

SARA TALLEY
Digitally signed by SARA TALLEY
Date: 2025.06.17 12:19:53 -04'00'

*Complainant's signature*

Special Agent Sara Talley, FBI

*Printed name and title*

Digitally signed by Bruce Reinhart
Date: 2025.06.17 14:53:54 -04'00'

*Judge's signature*

Date:   06/17/2025

City and state:   West Palm Beach, Florida      Hon. Bruce Reinhart, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Sara Talley (the Affiant), been duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so since March 2016. I am currently assigned to the FBI Miami Division, Palm Beach County Resident Agency and investigate violent crimes and crimes against children. In this regard, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. As part of my duties and responsibilities, I investigate violent crimes and crimes involving the sexual exploitation of minors. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous federal criminal investigations, executed search warrants that have led to seizures of valuable evidence, and interviewed subjects and witnesses.

3. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that from on or about August 14, 2024, through at least on or about May 14, 2025, ISAIAH ANGRUM ( "ANGRUM") violated 18 U.S.C. § 2261A(2) (cyberstalking).

## THE CYBERSTALKING

4. On August 15, 2024, an adult female (hereinafter "Victim 1") submitted an online tip to the FBI National Threat Operations Center (hereinafter "NTOC"). In the online tip, Victim 1 reported that Victim 1 had been cyberstalked, harassed, and threatened since August 14, 2024. Victim 1 believed that a former online acquaintance, ISAIAH FRANKIE ANGRUM (hereinafter "ANGRUM"), perpetrated these acts. Victim 1 explained that Victim 1 met ANGRUM online when Victim 1 was under 18 years old. During that time, ANGRUM pressured Victim 1 into sending explicit videos of Victim 1 to ANGRUM.

5. On or about October 17, 2024, the FBI interviewed Victim 1 to discuss the online tip to NTOC. Victim 1 provided that Victim 1 met ANGRUM online in approximately 2013,[1] when Victim 1 was approximately 11 years old and in the sixth grade. After being online friends for approximately six months, Victim 1 and ANGRUM began an online relationship which lasted for approximately two years. During that time, at the request of ANGRUM, Victim 1 sent ANGRUM approximately two to five videos depicting Victim 1 masturbating. Victim 1 and ANGRUM continued to be friends online, even after the conclusion of their online relationship, until approximately October 2016.

6. In approximately 2018, ANGRUM reached back out to Victim 1, wanting to be friends. Victim 1 recalled this because she received the messages when she was on a trip in Japan. Victim 1 and ANGRUM messaged each other for a brief time. ANGRUM and Victim 1 did not speak again until the end of 2019. In approximately 2019 through 2020, Victim 1 and ANGRUM spoke briefly online. In approximately March 2020, ANGRUM offered to send Victim 1 a gift and

---

[1] ANGRUM was born in February 2000 and was approximately 13 years old at the time.

stated that he knew the address to Victim 1's parents' house in San Diego, California. ANGRUM mailed Victim 1 markers and two bracelets.

7. ANGRUM and Victim 1 did not communicate after that until approximately 2021. ANGRUM sent Victim 1 a message on Instagram at this time. The message depicted a photograph of one person grabbing another person's hand. Victim 1 blocked ANGRUM on Instagram and the other social media accounts she had, including Facebook and Twitter. Victim 1 also blocked ANGRUM's known telephone number, ***-***-0319, from contacting her. Since then, approximately once per year, ANGRUM reached out to Victim 1, including in May 2023, when ANGRUM alluded to Victim 1 that he wanted to be with Victim 1. ANGRUM messaged Victim 1 from a different Instagram account which she blocked at this time.

8. In August 2024, Victim 1 began receiving threatening and harassing communications from "Ananta Shesha," email account, theeattherichkiller@gmail.com. Victim 1 believes this to be ANGRUM based on the content and language of the messages. Since August 2024, theeattherichkiller@gmail.com sent approximately 400 to 500 messages to Victim 1. A sample of the messages are included below:

| 8/14/24 | You think I can't fly out there and apprehend you myself? |
| --- | --- |
|  | You know my imprint is everlasting. |
|  | Toxic [Victim 1's name] is always sanctioned in my sphere of sensation. |
|  | Or should I call you Starlight? |
|  | Welcome to The Seven. |
| 8/14/25 | PSY = Parthasarathy [goat emoji] |
|  | Do you feel that I 'groomed' you?... |

| | |
|---|---|
| | If so… |
| | I don't regret it. [Joker card emoji] |
| | You needed a little bit of lore, it gives you an edge… |
| | Who do you think has been sending you energy since you've gone independent? |
| | Are you resisting me, Catherine? |
| 8/15/25 | I want to see a portfolio of you modeling for the S.O. by the end of the month. |
| | One set nude, one non nude – and prostrate with your toes curled. |
| | Look coquettish. |
| | Or I'll leak your nudes. (Never have, never will.) |
| | You're the first person that sold my soul to me, remember? |
| | I want you to have me so you can pine to hatefuck me out of realizing that you enjoy the thrill of being *my* prey. |
| | And I'm the reason you can never go back to Europeans. |
| 8/16/25 | You can't remove me from your life and not turn me on subsequently. |
| | The urge to breed you. |
| 8/26/25 | Breeding you in fishnets, those cheeks flushed from booze. Fucking you on LSD or DMT. |
| | Something is wrong with me. |
| | And you like it. |
| 8/26/25 | I like when you don't shave. |
| | Feet and pussy, now. |
| | Or I'll send the ones I have. |

9. When she received the first threatening message on August 14, 2024, Victim 1 felt so afraid that she drove an hour to stay overnight at her brother's house in Azusa, California. Victim 1 also contacted the Pasadena Police Department in order to obtain a restraining order against ANGRUM. The same day Victim 1 contacted the Pasadena Police Department, Victim 1 also submitted the tip to FBI NTOC. Victim 1 went to court on September 11, 2024, and then again on September 13, 2024, when the restraining order took effect. Victim 1 believed that ANGRUM had been served a copy of the restraining order.

10. Victim 1 provided a copy of the restraining order that Victim 1 received from the Superior Court of California County of Los Angeles. The Restraining Order protects Victim 1 from any contact or abuse from ANGRUM to Victim 1. The Restraining Order also requires ANGRUM to stay 100 yards from Victim 1, Victim 1's house, vehicle, and workplace.

11. The person believed to be ANGRUM continued to contact Victim 1, even after the restraining order went into effect. The messages came from "Ananta Shesha," email account theeattherichkiller@gmail.com and "The Sheshanag Order," email account thesheshanagorder@gmail.com. In some of the messages, ANGRUM addressed Victim 1 by name and sent a photograph that Victim 1 had sent to ANGRUM years prior. A lot of the messages did not make sense to Victim 1. For example, one of the messages discussed the "Mystery of Babylon," another "Correspondence with the Ghost," and another talked about "Hip Hop Laws of Success."

12. In one of the messages, ANGRUM sent pictures to Victim 1 depicting nude women, approximately aged in their late teens and early 20s. ANGRUM also shared with Victim 1 that ANGRUM was a felon.[2]

---

[2] Records from the National Crime Information Center revealed that ANGRUM had a misdemeanor domestic battery charge filed against him in May 2020, which the prosecutor's office dropped.

13. After speaking to Pasadena Police Department in late August 2024, Victim 1 modified a setting in her professional email account to automatically redirect any messages from ANGRUM into her trash folder. Even though Victim 1 knew that ANGRUM lived in Florida, Victim 1 feared for her safety.

14. Since Victim 1 obtained a Restraining Order against ANGRUM, and since the FBI's initial interview of Victim 1, Victim 1 has continued to receive messages from ANGRUM, including as recently as May 14, 2025. Victim 1 believed these messages were from ANGRUM based on the content and language of messages. The messages came from "Ananta Shesha" at email address "theeattherichkiller@gmail.com" and "The Sheshanag Order" at email address "thesheshanagorder@gmail.com." Victim 1 continued to be afraid of ANGRUM and had reoccurring nightmares. Victim 1 provided some screenshots depicting the messages, including those below:



*Investigation of Isaiah Frankie Angrum*

15.  The FBI contacted Palm Beach Sheriff's Office (PBSO) and inquired about service of Victim 1's protective order. PBSO confirmed that PBSO personally served the protective order to ANGRUM at his address in Greenacres, Florida (hereinafter "the residence") on September 13, 2024, and provided proof of service.

16.  On December 6, 2024, the FBI requested records from Google for accounts theeattherichkiller@gmail.com and thesheshanagorder@gmail.com. That same day, Google responded with subscriber records which included IP activity for both accounts. Google provided the following information:

| Account | Name | Creation Date | Recovery Email | Billing Information | SMS |
|---|---|---|---|---|---|
| theeattherichkiller@gmail.com | Ananta Shesha | 08/09/2024 20:01:05 UTC | thesheshanagorder@gmail.com | N/A | N/A |
| thesheshanagorder@gmail.com | The Sheshanag Order | 07/15/2022 12:56:46 UTC | N/A | Frankie Angrum | ***-**-0319 |

17.  Among other IP addresses, Google showed that both of the aforementioned Google accounts utilized IP address 73.56.214.211 beginning as early as November 9, 2024, through December 1, 2024. Google also provided that theeattherichkiller@gmail.com account had a terms of service IP of 2601:58b:682:dbd0:3cb0:920d:8958:38f9.

18.  On January 7, 2025, the FBI requested records from Comcast for subscriber information associated with IP addressees 73.56.214.211 on 11/13/2024 at 02:34:19 UTC and 2601:58b:682:dbd0:3cb0:920d:8958:38f9 on 08/09/2024 at 20:01:05 UTC. On January 21, 2025, Comcast responded with records providing the subscriber to both IP addresses as a woman believed to be ANGRUM's stepmother or sister, with a service and billing address as the residence.

19. On May 5, 2025, the FBI requested records from Verizon for telephone number ***-**-0319. On May 28, 2025, Verizon responded and provided the Verizon account number for telephone number ***-**-0319 as 290123209-1. Verizon provided the customer as a woman believed to be ANGRUM's mother[3] in West Nyack, New York, and provided a different telephone number for the subscriber.

20. A query of the Florida Driver and Vehicle Information Database (hereinafter "Florida DAVID") revealed that ANGRUM resided at the residence. Other residents of included ANGRUM's father according to PBSO police reports, and the woman believed to be ANGRUM's stepmother or sister.

21. A query of the National Crime Information Center revealed that ANGRUM has an active protective order against him from Victim 1.

---

[3] PBSO police reports pertaining to ANGRUM indicate that the subscriber is ANGRUM's mother and ANGRUM operates telephone number ***-**-0319.

22. Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that from on or about August 14, 2024 through on or about May 14, 2025, ISAIAH ANGRUM violated 18 U.S.C. § 2261A(2) (cyberstalking).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

SARA TALLEY
Digitally signed by SARA TALLEY
Date: 2025.06.17 12:20:30 -04'00'

Sara E. Talley
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me this ___ day of June, 2025.

Digitally signed by Bruce Reinhart
Date: 2025.06.17 14:53:31 -04'00'

HON. BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ISAIAH FRANKIE ANGRUM

**Case No**:   25-mj-8326-BER

Count #: 1

Cyberstalking

18 U.S.C. § 2261A(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.